IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

GREGORY J. BROWN,

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

      Defendant.

Civil No. 06-672-MA

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $5195.80 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: June 5, 2007.

                                                          Hon. Malcolm F. Marsh
                                                          U.S. DISTRICT JUDGE

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff